# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>   Petitioner,<br><br>   v.<br><br>BRANDON PRICE, Coalinga State Hospital Executive Director,<br><br>   Respondent. | Case No. SACV 17-0670 MWF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 30, 2019

                                                  _____
                                                  MICHAEL W. FITZGERALD
                                                  UNITED STATES DISTRICT JUDGE